IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | \* |
| | \* |
| vs. | \*   **CRIM. NO. 07- 00349-CG** |
| | \* |
| **ELDA LOPEZ,** | \* |
| | \* |
| **Defendant** | \* |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on January 12, 2009, by Special Verdict, pursuant to Rule 32.2(b)(4) Federal Rules of Criminal Procedure, the trial jury determined that the defendant obtained $4,000,000.00 in proceeds from the offense in Count One as set forth in Count Twenty-Four of the Superseding Indictment, for which the defendant has been convicted, and

WHEREAS, the United States filed a Motion for a Final Order of Forfeiture which would consist of a personal money judgment against the defendant in the amount of $4,000,000.00, and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the defendant shall forfeit to the United States the sum of $4,000,000.00 pursuant to 21 U.S.C. § 853.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this order of forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the

sentence and included in the judgment; and

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this order of forfeiture to substitute property having a value not to exceed $4,000,000.00 to satisfy the money judgment in whole or in part; and

IT IS FURTHER ORDERED that the Clerk of the Court shall forward three certified copies of this order to Assistant United States Attorney Gloria A. Bedwell.

DONE and ORDERED this 13th day of February, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE