# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| ELDA LOPEZ, | ) | |
|---|---|---|
| | ) | |
| Petitioner/Defendant, | ) | CIVIL ACTION NO. 12-0063-CG |
| | ) | |
| vs. | ) | CRIMINAL NO. 07-00349-CG-N |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 3, 2014 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 23rd day of June, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE