IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ELDA LOPEZ, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | CIVIL ACTION NO. 12-0063-CG |
| | ) | |
| vs. | ) | CRIMINAL NO. 07-00349-CG-N |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody filed in this case (Docs. 205, 209) be and the same hereby is **DENIED** because it has not been shown that the petitioner's rights were violated. Further, the petitioner is not entitled to a certificate of appealability and is therefore not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 23rd day of June, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE